# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **GEMVISION LLC** | **CIVIL DOCKET NO. 6:23-CV-01476** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JEWELBEETLE SOFTWARE LLC, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 35] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Defendants' MOTIONS TO DISMISS [Doc. 14, 26] are DENIED.

THUS DONE AND SIGNED in Chambers this 26th day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE